**Order entered June 30, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00841-CV

### IN RE CHELSEA DAVIS, Relator

---

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19281**

---

### No. 05-14-00846-CV

### IN RE CHELSEA DAVIS, Relator

---

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-1240**

---

## ORDER

Before the Court is relator's petition for writ of mandamus, in which relator complains of various orders of the trial judge of 162nd Judicial District Court of Dallas County, Texas and the associate judge of the 254th Judicial District Court of Dallas County, Texas and relator's supplemental petition for writ of mandamus in which she complains of the orders of the associate judge of the 254th Judicial District Court of Dallas County, Texas. Because relator's petition for writ of mandamus and her supplemental petition for writ of mandamus involve the orders of two

separate trial courts, we *sua sponte* sever this cause into separate cause numbers, one as to each trial court.

Henceforth, relator's petition for writ of mandamus with respect to the orders of the associate judge of the 254th Judicial District Court shall bear the cause number 05-14-00841-CV and the petition for writ of mandamus with respect to the orders of the trial judge of the 162nd Judicial District Court shall bear the cause number 05-14-00846-CV. The Court **ORDERS** the Clerk of the Court to file a duplicate copy of relator's original petition for writ of mandamus and a copy of this order in the file for cause number 05-14-00846-CV.

The clerk shall treat the filing fee previously paid in cause number 05-14-00841-CV as applicable only to cause number 05-14-00841-CV. Relator shall pay a new filing fee applicable to cause number 05-14-00846-CV on or before July 7, 2014. *We expressly caution relator that failure to do so will result in the Court taking appropriate action, which will include dismissal of the petition for writ of mandamus in cause number 05-14-00846-CV without further notice.* TEX. R. APP. P. 42.3(c).

/s/  ROBERT M. FILLMORE
JUSTICE